RECEIVED
IN LAKE CHARLES, LA

AUG 17 2015

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANTONIO SCOGGINS, | * | CIVIL ACTION NO. 2:14-cv-573 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| GREGORY WISE, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

*********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 19] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, a consideration of the plaintiff's Objections [Doc. 21] and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's civil rights claims against Global Expertise in Outsourcing Group, Inc. [Docs. 1 & 7] be and hereby are **DISMISSED, WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this 13 day of August, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE