UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ANTONIO SCOGGINS, | * CIVIL ACTION NO. 2:14-cv-573 |
| Plaintiff, | * |
| v. | * JUDGE MINALDI |
| GREGORY WISE, ET AL., | * |
| Defendants. | * MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 33) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Nail and Hunter's Motion to Dismiss be **GRANTED** for the claim relating to denial of records, and that this claim be **DISMISSED WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 4 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE