


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| ANTONIO SCOGGINS, | * | CIVIL ACTION NO. 2:14-cv-573 |
|---|---|---|
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| GREGORY WISE, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 36) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the remainder of Scoggins' claims are **DISMISSED WITH PREJUDICE** in accordance with the provisions of FED. R. CIV. P. 41(b).

Lake Charles, Louisiana, this 23 day of May, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE